UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| HWC Wire & Cable Comp., | § | |
| Plaintiff, | § | |
| versus | § | Civil Action H-17-3092 |
| Larry Strutton, | § | |
| Defendants. | § | |

## Opinion on Summary Judgment

Larry Strutton signed a personal guarantee that he would be liable to HWC Wire & Cable Company for any default by his son-in-law or Colorado Wire & Cable Co., Inc., a company in which Strutton was the corporate secretary.

Relying on the gurantee, HWC extended credit to Colorado Wire. Strutton owes HWC $152,720.94, plus $18,210.46 in interest. Strutton also owes HWC $28,400.46 in attorneys' fees, plus court costs.

Signed on December 28, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge